**Exhibit A to the Complaint**

**Location:** Edison, NJ  **IP Address:** 68.199.132.206
**Total Works Infringed:** 38  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/08/2018 14:17:25 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 2 | 00C636D16E72BBAAD14A0BC8284F487225DF51A4 | Blacked Raw | 11/13/2017 23:26:15 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 3 | 03DB55C5EA03E840CEFAFD48D35CB4CAFFBF424C | Vixen | 07/19/2017 01:27:55 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 4 | 0C646F6D3FC9F2DA88D7D1470FF2BBEF74DCC471 | Blacked Raw | 08/31/2018 21:07:28 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 5 | 0E6F4E8839B249AEE0DC5A7BC00BFAE64A315BB3 | Blacked | 08/19/2018 16:22:44 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 6 | 12D17C1C67157460DF87D28D2BD24A07B8CE20CD | Blacked Raw | 06/27/2018 00:12:55 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 7 | 1FE738BEA49B263CC39359FACDE370E1A1E11C04 | Blacked | 06/30/2018 13:08:09 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 8 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/13/2018 13:50:16 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 9 | 3019B5944262D3729A1D7422AE80C297B27D7707 | Tushy | 06/01/2018 14:32:41 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 10 | 3536507E3B6853879478882B049F4B3D61BDC807 | Vixen | 01/29/2018 23:35:34 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 11 | 376928076A2AB0A154BEC59A94E66DB4379AF2B7 | Tushy | 11/29/2017 00:55:33 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 12 | 3EBB9B00D0D683ED79595BC5108D1F0674786E0F | Blacked | 04/01/2018 12:11:42 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 13 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/22/2017 13:11:14 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 14 | 482EC8A412BC50744C5DEA28E5D572E4AE5F6945 | Blacked | 08/19/2017 12:52:07 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 15 | 4C7ADC1E2C7F5D02F0DDF0475980238A166E7D70 | Blacked | 05/25/2018 22:29:43 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 16 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/04/2017 12:33:28 | 12/03/2017 | 01/04/2018 | PA0002097460 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/17/2017 00:49:39 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 18 | 6679F16B594ED8307B80162F50A7CDA974517253 | Vixen | 05/29/2018 22:08:03 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 19 | 6AA985DF1B7F6DA406AFC41308C4940361731EF4 | Vixen | 01/24/2018 23:00:58 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 20 | 7589E785AEC08FFC8C2339AE366AACDC4BEA5D32 | Vixen | 06/28/2017 22:51:50 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 21 | 78FB54D8968A8913CB0F195674025B63A2F5DB77 | Blacked | 05/04/2018 00:52:28 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 22 | 88B2CE184A283E88A901E9CC2897346266201A01 | Blacked | 10/23/2017 22:32:08 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 23 | 8BE48A9A8535EDFE659AB80FC57F269DB84D4EFE | Blacked | 02/09/2018 22:53:03 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 24 | 9E401644BA0258AC31E051EC676B95097D380D72 | Vixen | 06/08/2018 22:11:01 | 06/08/2018 | 07/14/2018 | PA0002128445 |
| 25 | A78E6F607ADB14DAD976A0E9AECAA0623AB8BC34 | Blacked | 04/16/2018 23:13:34 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 26 | AA04DCBDDC23443F1B422B4E64A1837D4EC79998 | Vixen | 08/15/2018 22:06:03 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 27 | B349BC295A8A68984649C19735828B4F3AF4B75A | Blacked | 11/07/2017 23:11:19 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 28 | B94B97749DBE7B9883FD15D44503A0EC8711AE6A | Vixen | 08/04/2017 22:36:40 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 29 | C4C27036A29087CA0E0E3CF3F45E465552C1174A | Blacked | 05/11/2017 22:54:20 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 30 | C8A15C5271C856A5277B3514A0B418791F3DC7C8 | Blacked Raw | 11/19/2017 15:08:14 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 31 | E1BE2B9807BF3103EF942AA5C8AD7045AD33B049 | Vixen | 01/06/2018 00:56:43 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 32 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 07/27/2017 22:31:41 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 33 | E5D053A213E1947F73E06FBF5C18A4498B3765BF | Blacked | 08/24/2018 22:07:19 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 34 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/16/2017 13:31:38 | 07/14/2017 | 08/11/2017 | PA0002046878 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F55E429A48ECEE295F6E6A8AC0281EB290DB5B21 | Blacked Raw | 05/13/2018 01:52:50 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 36 | FCBAAE2AECC5F3FDA7040DD2C7AD83F759394938 | Blacked | 08/13/2017 21:24:14 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 37 | FCE2E6DDADDC041584F2D3E0558D2477D3CBB7AE | Blacked | 04/20/2018 23:05:39 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 38 | FFE2EB01B5DA0F2D9395755D6AC8DF44D4E31EB0 | Blacked | 12/26/2017 22:36:54 | 12/26/2017 | 01/24/2018 | PA0002101758 |